```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :     15-CR-648 (VM)
                                    :     ORDER
         -against-                  :
                                    :
KEVIN GUMBS,                        :
                                    :
                        Defendant.  :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled a supervised release conference in the above-referenced matter for December 13, 2019 at 3:30 p.m. Due to a scheduling conflict, the Court advised the parties that it would reschedule the conference. The Court has been advised that the parties are available on January 10, 2020 at 3:45 p.m.

Accordingly, it is hereby ordered that the supervised release conference be held before Judge Marrero on Friday, January 10, 2020 at 3:45 p.m.

**SO ORDERED:**

Dated:   New York, New York
         26 November 2019

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/19